UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------x

ZHEN LEI,

                    Plaintiff,                               **VERDICT SHEET**

            v.                                               1:21-cv-03471

A & C SEAFOOD INTERNATIONAL GROUP
CORP.;  MARK CHEN a/k/a/ QIA CHEN; AND
MEI CHEAH,

                    Defendants.
----------------------------------------------------------x
ORELIA E. MERCHANT, United States District Judge:


- All jurors must agree on all the answers to all of the questions.

- Jurors must answer the questions in the order they are presented.

- Terms defined in the Jury Instructions appear in quotation marks.


### Issue I.    Employer Status

1. Were the following defendants Zhen Lei's "employer?"

    A & C Seafood International Group Corp.    Yes: __✓__    No: _____

    Mark Chen a/k/a/ Qia Chen    Yes: __✓__    No: _____

    Mei Cheah    Yes: __✓__    No: _____

2. State the start and end of Plaintiff's term(s) of employment.

    Start: 9/28/2020    End: 11/16/2020

    Start: _____    End: _____

    Start: _____    End: _____


1



COURT'S
EXHIBIT NO. # 2
IDENTIFICATION/EVIDENCE
DKT. # 21 cv 3471
DATE: 7/20/2023

**Issue II.** <u>**Overtime**</u>

1. During Zhen Lei's employment, did his work involve or relate to the movement of persons or things among the several States or between any State and any place outside thereof?

     Yes: ✓          No: _____

2. Was A & C Seafood International Group Corp. engaged in "commerce" that had annual gross sales of at least $500,000? The term "commerce" means any trade, commerce, transportation, transmission or communication between any state and any place outside that state.

     Yes: ✓          No: _____

3. How many hours did Zhen Lei work per week for the employer(s) selected in your responses to Issue I? If the number of hours per week changed, please note when it changed and what it changed to:

| Week ① Sep 28 - Oct 2, 2020    52.5 | Week ⑥ 11/2/20 - 11/7/20    49h |
| Week ② 10/5/20 - 10/10/20    57.5 | Week ⑦ 11/9/20 - 11/11/20    52h |
| Week ③ 10/12/20 - 10/16/20    52.5 | Week ⑧    Nov 16, 2020    appx 8.5h |
| Week ④ 10/19/20 - 10/23/20    54.5 | |
| Week ⑤ 10/26/20 - 10/31/20    46.5 | |

4. a. Was Zhen Lei paid on an hourly basis by his employer(s) listed above, or was he paid a salary or flat rate for an agreed-upon period of time?

     Hourly Basis: _____          Salary or Flat Rate: ✓

   b. If you found that Zhen Lei was paid on **an hourly basis** by his employer(s) listed above, what was Zhen Lei's "regular rate of pay?"

     $ N/A per hour

   c. If you found that Zhen Lei was paid **a salary or flat rate** by his employer(s) listed above: what was Zhen Lei's "regular rate of pay?" This amount can be calculated as follows:

     **Step One**: Multiply Zhen Lei's monthly salary by 12.

     **Step Two**: Divide your answer to Step One by 52.

2

**Step Three**: Divide your answer to Step Two by the number of hours per week that Zhen Lei's salary or flat rate was intended to compensate him for. This number is **presumed to be 40** absent evidence of an express agreement or understanding rebutting this presumption.

((\$3,000.00  x  12)  ÷  52)  ÷ \$692.31  =  \$ 17.31  per hour

(Monthly salary: **Step One**)      (Compensated hours per week: **Step Three**)

5. During Zhen Lei's employment, did he work "overtime hours" for his employer(s) listed above – that is, more than 40 hours per week?

Yes:  ✓      No:  _____

6. How many "overtime hours" if any did Zhen Lei work per week for his employer(s) listed above? (**Subtract 40 hours from the number of hours found in response to Question II.3**): If the number of hours per week changed, please note when it changed and what it changed to.

Week ① 12.5h      Week ④ 14.5h      Week ⑦ 12h

Week ② 17.5h      Week ⑤ 6.5h

Week ③ 12.5h      Week ⑥ 9h

7. How many total "overtime hours" did Zhen Lei work in total while employed by defendant(s)?

84.5 hours

8. Was Zhen Lei paid at least 1.5 times the greater of the minimum wage or his "regular rate of pay" for each overtime hour worked?

Yes:  _____      No:  ✓

9. How much—if at all—was Zhen Lei already compensated for the overtime hours you found in response to **Question II.7** above?

None   \$0

3

10. State the total amount due for failure to make proper overtime payments.  This amount can be calculated as follows:

> **Step One**: Multiply the "regular rate of pay" you found in response to **Question II.4.c** by the total number of "overtime hours" you found in response to **Question II.7**.
>
> **Step Two**: Multiply your answer to Step One by 1.5.
>
> **Step Three**: Subtract the total amount of previous overtime compensation you found in response to **Question II.9**



( $17.31_ x _84.5h_ x  1.5 )  -  _0_  = $ 2,194.00

(Rate of pay: **II.4.c**)    (Overtime hours: **II.7**)        (Prior compensation: **II.9**)

### Issue III.  <u>Minimum Wage</u>

1. Did defendant(s) ever fail to pay plaintiff the federal minimum wage of $7.25 per hour?

    Yes:  ✓        No:  _____

2. When, if ever, did defendant(s) fail to pay plaintiff the federal minimum wage of $7.25 per hour?  State the time period(s) below.

   Week 5,6 &7 is 40hrs each + Nov, 16th, 2020 is 8.5hrs
   Total: 128.5 hours

3. State the total amount due for failure to pay the federal minimum wage of $7.25 per hour.  Determine this amount by: (**Step One**) Multiplying the total number of hours Zhen Lei worked for defendant(s) by 7.25; (**Step Two**) Subtracting the total amount of compensation paid to Zhen Lei by defendant(s) from your answer to Step One.

    ( _128.5h._  x  7.25 )  -  _$0_  = $ 963.75

   (Total number of hours worked)      (Total prior compensation)

4. Did defendant(s) ever fail to pay plaintiff the New York State minimum wage of $15 per hour?

    Yes:  ✓        No:  _____

4

5. When, if ever, did defendant(s) fail to pay plaintiff the New York State minimum wage of $15 per hour? State the time period(s) below.

Week 5,6,7 is 40hours each + 11/16/20 is 8.5hrs.
Total 128.5 hours

6. State the total amount due for failure to pay the New York State minimum wage of $15 per hour. Determine this amount by: (**Step One**) Multiplying the total number of hours Zhen Lei worked for defendant(s) by 15; (**Step Two**) Subtracting the total amount of compensation paid to Zhen Lei by defendant(s) from your answer to Step Two.

( **128.5h.** x 15 ) - **0** = $ **1,927.50**

(Total number of hours worked)          (Total prior compensation)

## Issue IV.  Spread of Hours

1. Did Zhen Lei's "spread of hours" working for defendant(s) exceed 10 hours on any given day at any time during his employment?

Yes: ✓          No: _____

2. Indicate the number of days per week, if any, you find that Zhen Lei's "spread of hours" exceeded 10 hours at working for defendant(s). If the number of days per week changed, please note when it changed and what it changed to:

9/30/2020 , 10/1/2020 , 10/7/2020 , 10/8/2020
Total : 4 days.

3. Was Zhen Lei paid at least 1 additional hour's pay at the applicable New York minimum wage for each day his "spread of hours" exceeded ten hours working for defendant(s)?

Yes: _____          No: ✓

5

4. How many days, if any, was Zhen Lei not paid spread-of-hours compensation that he was owed while working for defendant(s)?

_____4 days_____

5. State the total amount due for unpaid spread-of-hours compensation. Determine this amount by multiplying your answer to **Question IV.4** by 15.

_____4 days_____   x   15   =   $ ___60.00___

↑

(Days with unpaid spread-of-hours compensation: **IV.4**)

### Issue V.    <u>Wage Notification</u>

1. Was Zhen Lei provided with an adequate wage notice by his employer(s) within ten days of the date he was hired?

                                Yes: _____        No: __✓__

**If you answered "No" to Question V.1, progress to Question V.2. If you answered "Yes" to Question V.1, skip to Issue VI**

2. Was Zhen Lei provided with an adequate wage notice at any point during his employment by defendant(s)?

                                Yes: _____        No: __✓__

**If you answered "Yes" to Question V.2, progress to Question V.3. If you answered "No" to Question V.2, skip to Question V.4**

3. On what date was Zhen Lei provided an adequate wage notice by defendant(s)?

_____

4. What was the total number of days during Zhen Lei's employment, beginning on the day ten days after Zhen Lei was hired, during which defendant(s) failed to provide an adequate wage notice?

_____40 days_____

5. To the extent defendant(s) failed to provide Zhen Lei with an adequate wage notice, did defendant(s) nevertheless make complete and timely payouts of all wages due to Zhen Lei?

                                Yes: _____        No: __✓__

6. To the extent defendant(s) failed to provide Zhen Lei with an adequate wage notice, did defendant(s) nevertheless reasonably believe that they were not required to provide Zhen Lei with such statements?

Yes: _____    No: ✓\_\_\_\_\_

7. Did Zhen Lei suffer a distinct injury stemming from not receiving an adequate wage notice? A distinct injury must be concrete and not hypothetical, and vague allegations that the lack of a notice facilitated defendants' other allegedly unlawful conduct are insufficient establish a distinct injury.

Yes: _____    No: ✓\_\_\_\_\_

**If you answered "Yes" to Question V.7, progress to Question V.8. If you answered "No" to Question V.7, skip to Issue VI**

8. State the total amount due for failure to provide Zhen Lei with an adequate wage notice. Determine this amount by multiplying your answer to **Question V.4** by 50. If this final number is higher than 5,000, write $5,000 below.

_____  x  50  =  $_____

(Days without adequate wage notice: **V.4**)

## Issue VI.   Wage Statements

1. Was Zhen Lei provided with a full and accurate wage statement on each payday during his employment by defendant(s)?

Yes: s\_\_\_\_\_    No: ✓\_\_\_\_\_

**If you answered "No" to Question VI.1, progress to Question VI.2. If you answered "Yes", skip to Issue VII**

2. For how many days was Zhen Lei not furnished a full and accurate wage statement during his employment by defendant(s)? Begin counting days from the first day that Zhen Lei received pay without a full and accurate wage statement to the day his employment ended.

_19 days_

3. To the extent defendant(s) failed to furnish Zhen Lei with a full and accurate wage statement during his employment by defendant(s), did defendant(s) nevertheless make complete and timely payouts of all wages due to Zhen Lei?

Yes: _____    No: ✓\_\_\_\_\_

7

4. To the extent defendant(s) failed to furnish Zhen Lei with a full and accurate wage statement during his employment by defendant(s), did defendant(s) nevertheless reasonably believe that they were not required to provide Zhen Lei with such statements?

Yes: _____     No: ✓

5. Did Zhen Lei suffer a distinct injury stemming from not receiving adequate wage statements?  A distinct injury must be concrete and not hypothetical, and vague allegations that the lack of wage statements facilitated defendants' other allegedly unlawful conduct are insufficient establish a distinct injury.

Yes: _____     No: ✓

**If you answered "Yes" to Question VI.5, progress to Question VI.6. If you answered "No" to Question VI.5, skip to Issue VII**

6. State the total amount due for failure to provide Zhen Lei with adequate wage statements.  Determine this amount by multiplying your answer to **Question VI.2** by 250.  If this final number is higher than 5,000, write $5,000 below.

_____     x   **250**   =   $_____
         ↑
(Days without adequate wage statements: **VI.2**)

### Issue VII. <u>Good Faith</u>

1. To the extent defendant(s) failed to pay Zhen Lei adequate "overtime" wages, did they nevertheless act in "good faith?"

Yes: _____     No: ✓

2. To the extent defendant(s) failed to pay Zhen Lei adequate "overtime" wages, did they do so with reasonable grounds for believing that their acts or omissions were not a violation of the Fair Labor Standards Act?

Yes: _____     No: ✓

3. To the extent defendant(s) failed to pay Zhen Lei adequate "spread of hours" wages, did they nevertheless act in "good faith?"

Yes: _____     No: ✓

4. To the extent defendant(s) failed to pay Zhen Lei adequate "spread of hours" wages, did they do so with reasonable grounds for believing that their acts or omissions were not a violation of the Fair Labor Standards Act?

Yes: _____    No: __✓__

5. To the extent defendant(s) failed to pay Zhen Lei the statutorily required minimum wage, did they nevertheless act in "good faith?"

Yes: _____    No: __✓__

6. To the extent defendant(s) failed to pay Zhen Lei the statutorily required minimum wage, did they do so with reasonable grounds for believing that their acts or omissions were not a violation of the Fair Labor Standards Act?

Yes: _____    No: __✓__

**You are finished. The foreperson should ensure that each juror agrees with the answer to each question. If so, the foreperson should date and sign below.**

Dated:        July 20th, 2023
              Brooklyn, NY

__O. Khu̶̶̶ (Olga Khazanova)__
Foreperson